# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129564-67 (75)(76)
129569-72

JOEANN BATES,
      Plaintiff-Appellee,

v

DR. SIDNEY GILBERT,
      Defendant-Appellee,
and

D&R OPTICAL CORPORATION,
d/b/a HEALTH CENTER OPTICAL,
      Defendant-Appellant.

_____

JOEANN BATES,
      Plaintiff-Appellee/
      Cross-Appellant,

v

DR. SIDNEY GILBERT,
      Defendant-Appellant/
      Cross-Appellee,
and

D&R OPTICAL CORPORATION,
d/b/a HEALTH CENTER OPTICAL,
      Defendant-Appellee/
      Cross-Appellee.

_____

SC: 129564-67
COA: 252022, 252047,
  252792, and 252793
Wayne CC: 03-308969-NH

SC: 129569-72
COA: 252022, 252047,
  252792, and 252793
Wayne CC: 03-308969-NH

      On order of the Chief Justice, motions by defendants-appelant for extension of the time for filing their supplemental briefs are considered and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk